No. 6194.

EXECUTORS OF JOHN BIRD vs. ANGELINA A. LOBDELL. OCEAN SAW MILL, THIRD OPPONENT.

The law declares that the act or other evidence of debt must be recorded on the day that the contract was entered into in order to give such privilege a preference over creditors who have acquired a mortgage. The impossibility, as alleged, of registering the particular contract in this case can not vary the law or its interpretation as fixed by the established jurisprudence of the State.

APPEAL from the Fifth Judicial District Court, parish of West Baton Rouge. *Dewing*, J. *S. P. Greves*, for plaintiff and appellee. *Favrot & Lamon*, for third opponent and appellant.

Executors of Bird vs. Angelina A. Lobdell.

HOWELL, J.   This is a contest between a special mortgagee and the furnisher of materials for the building of a sugar-house on the mortgaged premises.

The privilege accorded by law to the furnisher of said materials has not been preserved so as to rank the existing mortgage, that is, by recording the evidence thereof on the day that the contract for the materials was entered into, as required by article 3274, Revised Civil Code. See 23 An. 286.

The impossibility of registering this particular contract, as alleged, can not vary the law or its interpretation as fixed by the established jurisprudence of the State.   The law declares that the act or other evidence of the debt must be recorded on the day that the contract was entered into, in order to give such privilege a preference over creditors who have acquired a mortgage.

Judgment affirmed.